**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 13-7226**

———————

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

      v.

JOE LEWIS BLACKWELL, JR.,

                Defendant - Appellant.

———————

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  James A. Beaty, Jr., District Judge.  (2:96-cr-00109-JAB-1)

———————

Submitted:  December 19, 2013     Decided:  December 23, 2013

———————

Before SHEDD, DAVIS, and FLOYD, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Joe Lewis Blackwell, Jr., Appellant Pro Se.  Clifton Thomas Barrett, Robert Michael Hamilton, Assistant United States Attorneys, Greensboro, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joe Lewis Blackwell, Jr., appeals the district court's order denying his motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c) (2012).  We have reviewed the record and find no abuse of discretion by the district court.  Accordingly, we affirm for the reasons stated by the district court.  United States v. Blackwell, No. 2:96-cr-00109-JAB-1 (M.D.N.C. July 16, 2013).  We deny Blackwell's motion for appointment of counsel, and we dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED